IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GLENN SMITH, HERMAN RICH, and SHABAZZ MUHAMMAD,** | ) ) ) |
| Plaintiffs, | ) ) |
| V. | ) ) Civil No. **03-152-JPG** |
| **TOM MAUE, et al.,** | ) ) ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff Rich's motion to hold the case in abeyance until he is released from prison in July, 2005. **(Doc. 52).** Plaintiff asserts that, having been denied appointed counsel, he is incapable of litigating this case while incarcerated. Plaintiff asserts that other prisoners have been assisting him and he is unable to contact his co-plaintiff Shabazz Muhammad.

A review of the record reveals that plaintiff has been released from prison. **(Doc. 80).**

**IT IS THEREFORE ORDERED** that plaintiff's motion to hold this case in abeyance until he is released from prison **(Doc. 52)** is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

**DATED: August 9, 2005**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**

1