IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **HERMAN RICH, and** ) | |
| **SHABAZZ MUHAMMAD,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| V. ) | Civil No.  **03-152-JPG** |
| ) | |
| **TOM MAUE, et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff Muhammad's motion to compel Warden Pierce, of Pontiac Correctional Center, to turn over plaintiff's legal documents and exhibits pertinent to this case. **(Doc. 74).** The response filed by defendants McAdory and Gales indicates that plaintiff's legal property was given to plaintiff at approximately the same time the subject motion was filed. **(Doc. 75).** Moreover, a review of the record reveals that Muhammad has been transferred to Tamms Correctional Center.

**IT IS THEREFORE ORDERED** that plaintiff Muhammad's motion to compel **(Doc. 74)** is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

DATED: February 14, 2006

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**