UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GLENN SMITH, HERMAN RICH and
SHABAZZ MUHAMMAD,

        Plaintiffs,

    v.

TOM MAUE, B. SPILLER, EUGENE
McADORY, JONATHAN R. WALLS,
ROBERT GALES, STEPHEN DOUGHTY
and DR. RICE,

        Defendants.

Case No. 03-cv-152-JPG

## JUDGMENT

    This matter having come before the Court, some claims having been voluntarily dismissed, the issues having been heard as to other claims, and the Court having rendered a decision,

    IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED:  March 29, 2006**           **NORBERT JAWORSKI**

                              **By: s/Judith Prock, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**