UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHABAZZ MUHAMMAD,

    Plaintiff,

  v.                                           Case No. 03-cv-152-JPG

TOM MAUE, et al.,

    Defendants.

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Shabazz Muhammad's ("Muhammad") bill of costs for his appeal of the Court's judgment in favor of the defendants (Doc. 120). On March 29, 2006, the Court entered judgment against Muhammad and in favor of the defendants. Muhammad appealed, and on January 17, 2007, the Court of Appeals affirmed the judgment as to one defendant but vacated the judgment as to all other defendants and remanded the case to this Court for further proceedings. Muhammad now seeks to recover his copying and mailing costs for his appeal as well as the appellate filing fee. The remaining defendants object to the bill of costs (Doc. 121), noting that a bill of costs for appeal costs must be filed within 14 days after entry of judgment on appeal. *See* Fed. R. App. P. 39(d)(1); *Haroco, Inc. v. American Nat'l Bank & Trust Co. of Chicago*, 38 F.3d 1429, 1440 (7th Cir. 1994).

To the extent that Muhammad seeks to recover his appellate filing fee, this Court is authorized to make such an award. *See* Fed. R. App. P. 39(e)(4). However, a district court may only tax costs to a prevailing party, *see* Fed. R. Civ. P. 54(d)(1), and Muhammad has not yet prevailed in this action because he does not yet have a judgment in his favor. *See Republic Tobacco Co. v. North Atlantic Trading Co., Inc.*, 481 F.3d 442, 446 (7th Cir. 2007). For this reason, the Court declines to award Muhammad costs for his appellate filing fee at this time and

**DENIES** the motion (Doc. 120) **in part** to the extent it requests an award of the appellate filing fee **without prejudice** to renewal at the close of the case.

To the extent that Muhammad seeks to recover his costs for copying and mailing for his successful appeal, the Court **TRANSFERS** this motion to the Court of Appeals in Case No. 06-2304.

**IT IS SO ORDERED.**
**DATED:  May 11, 2007**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
