# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HERMAN RICH and SHABAZZ MUHAMMAD,<br><br>      Plaintiffs,<br><br>  v.<br><br>TOM MAUE, et al.,<br><br>      Defendants. | Case No. 03-cv-152-JPG |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the objection (Doc. 155) of plaintiff Shabazz Muhammad to Magistrate Judge Clifford J. Proud's July 8, 2008, order (Doc. 152) denying Muhammad's motion (Doc. 142) for an order compelling the defendants to provide him a free copy of his deposition because he is indigent and allowing him more time to correct any errors in the deposition transcript. Muhammad was given two hours to review the transcript for errors, but he claims he needed more time.

A district court reviewing a magistrate judge's decision on nondispositive issues should only modify or set aside that decision if it is clearly erroneous or contrary to law. See Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b)(1)(A). Accordingly, the Court will affirm Magistrate Judge Proud's decision unless his factual findings are clearly erroneous or his legal conclusions are contrary to law. *Id.*

In his July 8, 2008, order, Magistrate Judge Proud noted that the defendants are under no legal obligation to provide free transcripts to Muhammad simply because he is indigent. He further noted that documentation submitted by the defendants suggests Muhammad had nearly nine hours to review the deposition during which he possessed a functioning pen to make

changes on the errata sheet. Magistrate Judge Proud concluded that, even if Muhammad had only two hours to review the 109-page deposition, he had an adequate opportunity to review it, make the necessary changes and sign it.

Magistrate Judge Proud's assessment of Muhammad's opportunity to correct his deposition and of the defendants' obligation to provide a free copy of that deposition are not clearly erroneous or contrary to law. Accordingly, the Court **OVERRULES** Muhammad's objection (Doc. 155) and **AFFIRMS** Magistrate Judge Proud's decision (Doc. 152).

**IT IS SO ORDERED.**
**DATED: August 19, 2008**

                                        s/ J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**