UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GLENN SMITH, HERMAN RICH and SHABAZZ MUHAMMAD,<br><br>  Plaintiffs,<br><br>  v.<br><br>TOM MAUE, B. SPILLER, EUGENE McADORY, JONATHAN R. WALLS, ROBERT GALES, STEPHEN DOUGHTY and DR. RICE,<br><br>  Defendants. | Case No. 03-cv-152-JPG |

## JUDGMENT

This matter having come before the Court, some claims having been voluntarily dismissed, some claims having been decided by the Court, and some claims having been decided by a jury,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendants Tom Maue, B. Spiller, Eugene McAdory, Jonathan R. Walls and Robert Gales and against plaintiff Shabazz Muhammad on Count 1 (Eighth Amendment conditions of confinement), and that Count 1 is dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that Count 2 (state law negligence) is dismissed without prejudice.

Pursuant to a March 29, 2006, judgment, all claims by plaintiffs Glenn Smith and Herman Rich were dismissed without prejudice, and Count 3 (Eighth Amendment failure to provide medical care) by plaintiff Shabazz Muhammad was dismissed without prejudice.

**DATED:** April 27, 2009               JUSTINE FLANAGAN, Acting Clerk

                                        By:s/Deborah Agans, Deputy Clerk




**Approved:**   s/ J. Phil Gilbert
        **J. PHIL GILBERT
        DISTRICT JUDGE**